IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       CASE NO. 1:87-cr-01018-MP-2

PERCIVAL ALEXANDER HUSSEY,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 3, Motion to Dismiss Filed by the United States. The government moved to dismiss the charges against Mr. Hussey because of the age of the case and the unlikelihood of a successful prosecution at this late date. Upon consideration, the motion is granted.

    **ORDERED AND ADJUDGED:**

Doc. 3, the indictment against Mr. Hussey is dismissed, and the Clerk is directed to close this case.

    **DONE AND ORDERED** this *12th* day of October, 2011

                                *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge